FILED
12/1/17 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10904-TPA |
| Robert J. Rich | : | Chapter: 13 |
| Debra A. Rich | : | |
| *Debtor(s).* | : | |
| | : | Date: 11/29/2017 |
| | : | Time: 12:00 |

### PROCEEDING MEMO

**MATTER:**   #25 Contested Amended Plan dated 10/19/17

**APPEARANCES:**
          Debtor:    Lawrence W. Willis
          Trustee:   Jana Pail

**NOTES:**

**OUTCOME:**   Conciliation Conference to be scheduled

jlm