FILED
12/4/17 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT J. RICH | : | Case No. 17-10904 TPA |
| DEBRA A. RICH | : | Chapter 13 |
| *Debtors* | : | |
| | : | Hearing: December 19, 2017 at 2:30 P.M. |

## ORDER

    ***AND NOW***, this **4th** day of ***December, 2017,*** after a contested hearing held on November 29, 2017 on the ***Chapter 13 Plan*** dated October 19, 2017,

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that a conciliation conference on confirmation of the Chapter 13 Plan is scheduled for ***December 19, 2017*** at ***2:30 P.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

 

Thomas P. Agresti, Judge       **jlm**
United States Bankruptcy Court

Case Administrator to Serve:
    Debtors
    Lawrence W. Willis, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-10904-TPA
Robert J. Rich                                                                Chapter 13
Debra A. Rich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1              Date Rcvd: Dec 04, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db/jdb         +Robert J. Rich,    Debra A. Rich,    10705 Route 18,    Albion, PA 16401-8421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
          Christopher M. McMonagle    on behalf of Creditor    Quicken Loans Inc.
           cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor Debra A. Rich help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor Robert J. Rich help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6