FILED
1/12/18 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 21404563

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Robert J. Rich<br>Debra A. Rich<br><br>        Debtors<br><br>Citizens Bank, N.A.<br><br>        Movant<br><br>        v.<br><br>Robert J. Rich<br>Debra A. Rich<br><br>Ronda J. Winnecour, TRUSTEE<br>        Respondents | Bankruptcy No. 17-10904-TPA<br><br>Chapter 13<br><br>Related to Document No. 46 |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

    This cause came on for hearing this __12th__ day of _____January_____, 2018, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

    This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2016 Jeep Wrangler, (VIN No.: 1C4BJWFG1GL190123); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Thomas P. Agresti    **jlm**
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Rich  
Debra A. Rich  
    Debtors

Case No. 17-10904-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Jan 12, 2018  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.  
db/jdb      +Robert J. Rich,   Debra A. Rich,   10705 Route 18,   Albion, PA 16401-8421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:  
     Christopher M. McMonagle   on behalf of Creditor   Quicken Loans Inc.  
      cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
     James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
     Keri P. Ebeck   on behalf of Creditor   Citizens Bank, N.A. kebeck@weltman.com,  
      jbluemle@weltman.com  
     Lawrence W. Willis   on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,  
      urfreshstrt@gmail.com  
     Lawrence W. Willis   on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,  
      urfreshstrt@gmail.com  
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
     TOTAL: 7