UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Robert J. Rich | : | Case No.: 17-10904-TPA |
| Debra A. Rich | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Robert J. Rich | : | |
| Debra A. Rich | : | Document No. 58 |
| Movants | : | |
| | : | Hearing Date & Time |
| Citizens One Auto Fin | : | 3/13/2018 at 10:30 AM |
| PSECU | : | |
| Toyota Motor Credit Co | : | |
| Respondents | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis Esq the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Amended Plan and Order Setting Hearing on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: January 24, 2018        By:    /s/ Lawrence Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
Email: lawrencew@urfreshstrt.com
Attorney for Debtors

---

*Parties served by the court electronically were not served by regular mail.

# MATRIX

**Robert & Debra Rich**
10705 Route 18
Albion, PA 16401

Ronda J. Winnecour
 Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
 Liberty Center.
 1001 Liberty Avenue, Suite 970
 Pittsburgh, PA 15222

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One
15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Citizens One Auto Fin
480 Jefferson Blvd
Warwick, RI 02886

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Fay Heaney
152 Plesant Valley Drive
Daytona Beach, FL 32114

Harborview Owners Associattion
PO Box 102
Conneaut, OH 44030

Mohela/dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005

P S E C U
1500 Elmerton Ave
Harrisburg, PA 17110

Pa Sta Empcu
1500 Elmerton Ave
Harrisburg, PA 17110

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Syncb/sams Club
Po Box 965005
Orlando, FL 32896

Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

VIlas At Spanish Oaks
3150 NE 36th Avenue
#331
Ocala, FL 34479

Volvo Car Financial Sv

1 Volvo Dr
Rockleigh, NJ 07647

Vw Credit Inc
2333 Waukegan Rd
Deerfield, IL 60015

Webbank/dfs
Po Box 81607
Austin, TX 78708

Wffnb Retail
Cscl Dispute Team
Des Moines, IA 50306

Worlds Foremost Bank
4800 Nw 1st St Ste 300
Lincoln, NE 68521