Case 17-10904-TPA    Doc 63    Filed 03/14/18    Entered 03/14/18 16:13:55    Desc Main
                        Document      Page 1 of 1

FILED
3/14/18 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Robert J. and Debra A. Rich
Case Number: 17-10904                               Chapter: 13
Date / Time / Room: March 13, 2018 at 10:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:    #60 - Amended Plan dated 2/8/18 (N)

### Appearances:

Debtor:      Willis
Trustee:     Winnecour / Katz / Pail
Creditor:

*CONFIRMATION ORDER TO BE ENTERED*

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
           Objections are due on or before _____.
           A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: Student Loan Creditor to be paid at rate of $25/month. *No POC filed by Creditor* Balance of unsecured claims to be paid 100%.