FILED
3/15/18 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT J. RICH and | : | Case No. 17-10904 TPA |
| DEBRA A. RICH | : | Chapter 13 |
| *Debtors* | : | Related to Document No. 60 |
| | : | Hearing: April 4, 2018 at 12:30 P.M. |

### ORDER

*AND NOW*, this **15th** day of **March, 2018,** after conciliation conference held on March 13, 2018 on the Final Confirmation of the **Chapter 13 Plan** dated February 8, 2018,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on confirmation of the Chapter 13 Plan is scheduled for *April 4, 2018* at *12:30 P.M.* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to Serve:
    Debtors
    Lawrence W. Willis, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10904-TPA
Robert J. Rich                                                          Chapter 13
Debra A. Rich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz               Page 1 of 1              Date Rcvd: Mar 15, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
db/jdb         +Robert J. Rich,   Debra A. Rich,   10705 Route 18,   Albion, PA 16401-8421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor   Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor   Citizens Bank, N.A. jvalecko@weltman.com,
               jbluemle@weltman.com
              Lawrence W. Willis    on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 7