LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Robert J. Rich and | : | Chapter 13 |
| Debra A. Rich, | : | |
| Movants | : | Bankruptcy No. 17-10904-TPA |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 66 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | May 2, 2018 at 11:30 am |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **Robert J. Rich and Debra A. Rich.**
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period August 20, 2017 to March 22, 2018
3. Previous retainer paid to Applicant: $799.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $4,000.00.
   Reimbursement of Expenses of $ N/A .
6. A hearing on the Application will be held in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at 11:30 a.m., on May 2, 2018.
7. Any written objections must be filed with the Court and served on the Applicant on or before April 9, 2018 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: March 22, 2018

Attorney for Movant/Applicant:

/s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375

Email: lawrencew@urfreshstrt.com
Attorney for Debtors