# THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robert J. Rich and Debra A. Rich,<br>            Movants | Chapter 13<br><br>Bankruptcy No. 17-10904-TPA |
| Lawrence Willis, Esquire/<br>Willis & Associates,<br>            Applicant<br><br>vs.<br><br>Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,<br>            Respondent | Related to Docket No. 66<br><br>Hearing Date and Time:<br>May 2, 2018 at 11:30 am |

Exhibit A

# Fee Agreement for Bankruptcy Services

This Fee Agreement is entered into by and between Willis & Associates, ("Firm") and _____
_Rich, Robert L. Debtor_____(singularly or collectively, "Client")

## PURPOSE

Client retains Firm to represent Client and Firm agrees to advise, represent, and provide legal services to Client, in accordance with this agreement, solely for the purpose of filing a non-contested consumer bankruptcy case under the Bankruptcy Code. Advice and representation by Firm is contained and limited to services directly related to the Bankruptcy Code, Title 11, Chapter 101 et. Seq. unless agreed upon otherwise by written consent and modification of this agreement by the parties.

## RETAINER FEE

In consideration of the non-refundable retainer fee of $ _779_ paid to Firm, Client hereby retains Firm to ensure Firm will be available to respond to creditor telephone calls directed to Client from the date Firm receives the retainer fee and this executed fee agreement until such time this agreement terminates by discharge of bankruptcy, dismissal of bankruptcy or no payment on Client's account for 90 days (Unpaid fees). Its further expressly understood and agreed that any retainer fee or other fee advance paid by client is not subject to the escrow requirement of Pennsylvania Rule of Professional Conduct 1.15 and may be utilized immediately by Willis & Associates as income.

## COST

Client agrees to pay Firm initial filing fee and all cost of $500.00. The cost associated with representation are client's sole responsibility. All Costs are payable in advance and total cost fee payable to the $500.00 for a Chapter 13 and $335.00 for a Chapter 7.

## FEE

**Chapter 13:**

The fee for legal representation in chapter 13 bankruptcy proceeding by the Firm charges a minimum "no look fee" as established by the Court. This fee covers the following legal services: a. initial interview; b. full review of debt relief options non-bankruptcy; c. exemption planning; d. case strategy; preparing and filing of the voluntary petition, schedules, statement of financial affairs; statement of intention, all necessary exhibits; e. pre meeting of creditors petition review and signing; f. representation a first scheduled meeting of creditors; g. representation at first conciliation hearing; h. representation at one first discharge hearing; i; All time is tracked hourly and once fees exceed the no look fee a fee application will be filed for approval of additional fees. The billable hourly rate in effect for 2017 is $350.00 per hour for attorney. Support staff/administrative time $48.00 per hour. The no look fee as of 2017 is $4,000.00.

**Chapter 7:**

The fee for legal representation in chapter 7 bankruptcy proceeding by the Firm is $___NA_____.
This fee covers the following legal services: a. initial interview; b. full review of debt relief options non-bankruptcy; c. exemption planning; d. case strategy; preparing and filing of the voluntary petition, schedules, statement of financial affairs; statement of intention, all necessary exhibits; e. pre meeting of creditors petition review and signing; f. representation a first meeting of creditors; g. representation at first conciliation hearing; h. representation at one first discharge hearing; i.

## ADDITIONAL COST

The following items are not included in the minimum fee but will billed in addition to are as follows but not limited to: Reaffirmation agreements $500.00 per creditor., Trustee Certificate of Defaults $500.00, Motion to appoint a professional and hearing. $500.00, Motion to approve sale of real estate plus cost $750.00, Trustee's motion to dismiss/certificate of default. $500.00, Motion to borrow/allow financing $500.00, Conversion to different chapter of bankruptcy $1,200.00, Motion to withdraw, sever case

-1-

NOTES: [illegible] Amended Schedules and notices, Missed/Rescheduled Meetings of Creditors $150.00. Duplicate copy of your discharge order $125.00

### OUTSTANDING ACCOUNTS

If you are making payments on your legal fees, then you understand, and it is agreed, that your case will not be filed with the Court until all outstanding balances are paid in full. A fee of $30.00 is charged for all returned checks or insufficient funds noticed. Accounts with no payment activity will be closed after 90 days.

### CERTIFICATION

By signing this agreement, the Client is requesting legal services to be performed and acknowledges expenses will be incurred. This contract represents the entire agreement of the fees charged and can only be modified by written addendum.

### COMMUNICATION

Wilkie & Associates office fees it useful and expedient to communicate with its clients by email but cannot absolutely guarantee the confidentiality of email correspondence. The client agrees/does not agree to use email correspondence with Wilkie & Associates as indicated below.

___X___ I agree to use email correspondence with Wilkie & Associates.

_____ I do NOT agree to use email correspondence with Wilkie & Associates.

I ACKNOWLEDGE THAT I HAVE READ THE ENTIRE DOCUMENT AND THAT I FULLY UNDERSTAND IT AND HAVE BEEN PROVIDED A COPY FOR MY RECORDS.

DATE: _____    SIGNATURE: _____
                    PRINT: _____

DATE: _____    SIGNATURE: _____
                    PRINT: _____

DATE: _____    SIGNATURE: _____
                    LAWRENCE W. WILLIS, ESQ.