FILED
4/5/18 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10904-TPA |
| | : | | |
| Robert J. Rich | : | Chapter: | 13 |
| Debra A. Rich | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/4/2018 |
| | : | Time: | 12:30 |

## PROCEEDING MEMO

**MATTER:**       #60 Plan dated 2/8/18

**APPEARANCES:**
  Debtor:    Lawrence W. Willis
  Trustee:   Ronda J. Winnecour

**NOTES:**

**OUTCOME:**    Plan is confirmed

*/s/ signature*

jlm