**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert J. Rich**
**Debra A. Rich**
    Debtor(s)

Bankruptcy Case No.: 17–10904–TPA
Per April 4, 2018 Proceeding
Chapter: 13
Docket No.: 70 – 60
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 8, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.   Additional Terms: 1) Fee application needed if fees (including retainer) exceed $4,000.00.

2) The estimated pool of funds available to be paid to general unsecured creditors (not specially classified) and estimated percentage dividend are revised to $89,649.80 (100%).

3) Plan confirmation on less than 60 month term contingent on plan being (and remaining) 100% to timely filed unsecured creditors.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)   IT IS FURTHER ORDERED THAT:**

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: April 6, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10904-TPA
Robert J. Rich                                                            Chapter 13
Debra A. Rich
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: jmar            Page 1 of 4            Date Rcvd: Apr 06, 2018
                               Form ID: 149          Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db/jdb       +Robert J. Rich,   Debra A. Rich,   10705 Route 18,   Albion, PA 16401-8421
cr           +Quicken Loans Inc.,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
14683570     +Aes/citizens Natl Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14683573     +Aes/national City Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14683575     +Aes/pheaa,   Pob 61047,   Harrisburg, PA 17106-1047
14683578     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14683581     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14757450     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14683580     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
14683583     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14683584     +Capital One,   Po Box 30253,   Salt Lake City, UT 84130-0253
14683589     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14683592     +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
14700644     +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915-3019
14683593     +Citizens One Auto Fin,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14683595     +Community Bank Na,   45-49 Court Street,   Canton, NY 13617-1179
14683596     +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
14683599     +Edmanage,   Po Box 91388,   Raleigh, NC 27675-1388
14698334     +Fay Heaney,   152 Plesant Valley Drive,   Daytona Beach, FL 32114-1191
14698335     +Harborview Owners Associattion,   PO Box 102,   Conneaut, OH 44030-0102
14683601     +Mohela/dept Of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14683702     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
14683703     +Slc Conduit I Llc,   701 E 60th St N,   Sioux Falls, SD 57104-0432
14683713     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14683714     +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
14716033     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14685024     +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243
14683718     +United Auto Credit Co,   1071 Camelback St Ste 10,   Newport Beach, CA 92660-3046
14683719     +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609
14683723      Usaa Savings Bank,   Po Box 47504,   San Antonio, TX 78265
14698345     +VIlas At Spanish Oaks,   3150 NE 36th Avenue,   #331,   Ocala, FL 34479-3178
14683724     +Volvo Car Financial Sv,   1 Volvo Dr,   Rockleigh, NJ 07647-2507
14683726      Volvocarrtl,   Volvo Car Financial Services,   Mobile, AL 36691
14683729     +Webbank/dfs,   Po Box 81607,   Austin, TX 78708-1607
14683731      Wffnb Retail,   Cscl Dispute Team,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14683577      E-mail/Text: ally@ebn.phinsolutions.com Apr 07 2018 01:13:24     Ally Financial,
              200 Renaissance Ctr,   Detroit, MI 48243-1300
14683586      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 07 2018 01:15:14     Capital One Auto Finan,
              3901 Dallas Pkwy,   Plano, TX 75093-7864
14683590      E-mail/Text: bankruptcycollections@citadelbanking.com Apr 07 2018 01:14:17
              Citadel Federal Cred U,   Po Box 147,   Thorndale, PA 19372-0147
14683597      E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2018 01:15:01     Credit One Bank Na,
              Po Box 98875,   Las Vegas, NV 89193-8875
14689259      E-mail/Text: mrdiscen@discover.com Apr 07 2018 01:13:24     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14683598      E-mail/Text: mrdiscen@discover.com Apr 07 2018 01:13:24     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
14683602      E-mail/Text: bankruptcynotices@psecu.com Apr 07 2018 01:14:20     P S E C U,
              1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14729390      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2018 01:27:31
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14684466      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2018 01:14:48
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14754187      E-mail/Text: bankruptcynotices@psecu.com Apr 07 2018 01:14:20     PSECU,   PO BOX 67013,
              HARRISBURG, PA 17106-7013
14683645      E-mail/Text: bankruptcynotices@psecu.com Apr 07 2018 01:14:20     Pa Sta Empcu,
              1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14765319      E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2018 01:13:36
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14683699      E-mail/Text: bankruptcyteam@quickenloans.com Apr 07 2018 01:14:11     Quicken Loans,
              1050 Woodward Ave,   Detroit, MI 48226-1906
14767690      E-mail/Text: bankruptcyteam@quickenloans.com Apr 07 2018 01:14:11     Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
14683706      E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:48     Syncb/dks,   P.o. Box 965005,
              Orlando, FL 32896-5005
14683707      E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:48     Syncb/home Shopping,
              Po Box 965005,   Orlando, FL 32896-5005

```
District/off: 0315-1            User: jmar              Page 2 of 4           Date Rcvd: Apr 06, 2018
                               Form ID: 149             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14683708      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:48        Syncb/jewelry Accents,
              C/o Po Box 965036,   Orlando, FL 32896-0001
14683709      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:15:13        Syncb/lord & Tay,   Po Box 965015,
              Orlando, FL 32896-5015
14683710      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:49        Syncb/lowes,   Po Box 965005,
              Orlando, FL 32896-5005
14683712      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:59        Syncb/sams Club,   Po Box 965005,
              Orlando, FL 32896-5005
14770056      +E-mail/Text: bncmailw-legal.com Apr 07 2018 01:14:05        USAA SAVINGS Bank,
              C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
14683728      +E-mail/Text: vci.bkcy@vwcredit.com Apr 07 2018 01:14:05        Vw Credit Inc,   2333 Waukegan Rd,
              Deerfield, IL 60015-5508
14683732      +E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 07 2018 01:14:33        Worlds Foremost Bank,
              4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
                                                                                          TOTAL: 23
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank, N.A.
cr              Toyota Motor Credit Corporation
14683569        Abn Amro Mortgage Grou
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14683572*      +Aes/citizens Natl Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14683571*      +Aes/citizens Natl Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14683574*      +Aes/national City Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
14683576*      +Aes/phea,   Pob 61047,   Harrisburg, PA 17106-1047
14683579*      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14698327*      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14683582*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14698329*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14698328*      +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
14683585*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14698330*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14683587*      +Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
14683588*      +Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
14698331*      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14683591*      +Citadel Federal Cred U,   Po Box 147,   Thorndale, PA 19372-0147
14683594*      +Citizens One Auto Fin,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14698332*      +Citizens One Auto Fin,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14698333*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
14683600*      +Edmanage,   Po Box 91388,   Raleigh, NC 27675-1388
14698336*      +Mohela/dept Of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14683603*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683604*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683605*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683606*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683607*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683608*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683609*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683610*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683611*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683612*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683613*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683614*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683615*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683616*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683617*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683618*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683619*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683620*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683621*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683622*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683623*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683624*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683625*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683626*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683627*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683628*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683629*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683630*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683631*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683632*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683633*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683634*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
14683635*      +P S E C U,   1500 Elmerton Ave,   Harrisburg, PA 17110-2990
```

```
District/off: 0315-1          User: jmar              Page 3 of 4              Date Rcvd: Apr 06, 2018
                             Form ID: 149            Total Noticed: 58

            ***** BYPASSED RECIPIENTS (continued) *****
14683636*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683637*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683638*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683639*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683640*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683641*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683642*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683643*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683644*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14698337*    +P S E C U,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683646*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683647*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683648*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683649*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683650*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683651*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683652*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683653*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683654*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683655*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683656*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683657*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683658*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683659*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683660*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683661*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683662*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683663*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683664*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683665*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683666*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683667*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683668*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683669*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683670*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683671*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683672*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683673*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683674*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683675*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683676*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683677*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683678*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683679*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683680*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683681*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683682*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683683*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683684*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683685*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683686*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683687*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683688*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683689*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683690*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683691*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683692*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683693*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683694*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683695*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683696*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683697*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683698*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14698338*    +Pa Sta Empcu,    1500 Elmerton Ave,     Harrisburg, PA 17110-2990
14683700*    +Quicken Loans,    1050 Woodward Ave,     Detroit, MI 48226-1906
14683701*    +Quicken Loans,    1050 Woodward Ave,     Detroit, MI 48226-1906
14698339*    +Quicken Loans,    1050 Woodward Ave,     Detroit, MI 48226-1906
14683704*    +Slc Conduit I Llc,    701 E 60th St N,     Sioux Falls, SD 57104-0432
14683705*    +Slc Conduit I Llc,    701 E 60th St N,     Sioux Falls, SD 57104-0432
14683711*    +Syncb/lowes,    Po Box 965005,     Orlando, FL 32896-5005
14698340*    +Syncb/lowes,    Po Box 965005,     Orlando, FL 32896-5005
14698341*    +Syncb/sams Club,    Po Box 965005,     Orlando, FL 32896-5005
14683715*    +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
14683716*    +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
14683717*    +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
14698342*    +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
14683720*    +Us Dep Ed,    Po Box 5609,     Greenville, TX 75403-5609
14683721*    +Us Dep Ed,    Po Box 5609,     Greenville, TX 75403-5609
14683722*    +Us Dep Ed,    Po Box 5609,     Greenville, TX 75403-5609
```

```
District/off: 0315-1        User: jmar            Page 4 of 4        Date Rcvd: Apr 06, 2018
                           Form ID: 149           Total Noticed: 58
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
14698343*       +Us Dep Ed,    Po Box 5609,   Greenville, TX 75403-5609
14698344*        Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
14683725*       +Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507
14698346*       +Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507
14683727*        Volvocarrtl,   Volvo Car Financial Services,   Mobile, AL 36691
14698347*       +Vw Credit Inc,   2333 Waukegan Rd,   Deerfield, IL 60015-5508
14683730*       +Webbank/dfs,    Po Box 81607,   Austin, TX 78708-1607
14698348*       +Webbank/dfs,    Po Box 81607,   Austin, TX 78708-1607
14698349*        Wffnb Retail,   Cscl Dispute Team,   Des Moines, IA 50306
14683733*       +Worlds Foremost Bank,    4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
14683734*       +Worlds Foremost Bank,    4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
14698350*       +Worlds Foremost Bank,    4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
                                                              TOTALS: 3, * 145, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
```
              Christopher M. McMonagle   on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              James Warmbrodt   on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko   on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Lawrence W. Willis   on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis   on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                  TOTAL: 7
```