**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Robert J. Rich and Debra A. Rich, | : | Chapter 13 |
| Movants | : | Bankruptcy No. 17-10904-TPA |
| | : | |
| Lawrence Willis, Esquire / Willis & Associates, | : | Related to Docket No. 66 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | May 2, 2018 at 11:30 am |
| | : | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 66

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on March 22, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 10, 2018              By: /s/ Lawrence Willis Esquire
                                   Lawrence W Willis, Esquire
                                   PA I.D. # 85299
                                   Willis & Associates
                                   201 Penn Center Blvd
                                   Pittsburgh, PA 15235
                                   Tel: 412.825.5170
                                   Fax: 412.823.2375
                                   lawrencew@urfreshstrt.com
                                   Attorney for Debtors