FILED
4/11/18 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Robert J. Rich and | : | Chapter 13 |
| Debra A. Rich, | : | |
| **Movants** | : | Bankruptcy No. 17-10904-TPA |
| | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 66 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| **vs.** | : | May 2, 2018 at 11:30 am |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, this ___11th___ day of _____April_____, 2018, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $4,000.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $4,000.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $8,000.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT,

Hon. Thomas P. Agresti                **jlm**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert J. Rich                                                    Case No. 17-10904-TPA
Debra A. Rich                                                     Chapter 13
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 1          Date Rcvd: Apr 11, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb        +Robert J. Rich,    Debra A. Rich,    10705 Route 18,    Albion, PA 16401-8421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
          Christopher M. McMonagle   on behalf of Creditor   Quicken Loans Inc.
           cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James P. Valecko   on behalf of Creditor   Citizens Bank, N.A. jvalecko@weltman.com,
           PitEcf@weltman.com
          Lawrence W. Willis   on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis   on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 7