Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

FILED
8/30/18 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
(ERIE)

| | |
|---|---|
| IN RE:<br>    DEBRA A. RICH,<br>    ROBERT J. RICH<br>        DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 17-10904-TPA |
| QUICKEN LOANS INC.<br>        MOVANT<br><br>V.<br><br>DEBRA A. RICH,<br>ROBERT J. RICH<br>        DEBTORS<br><br>RONDA J. WINNECOUR, TRUSTEE,<br>        RESPONDENT | HEARING DATE AND TIME:<br>**SEPTEMBER 19, 2018 AT 10:00 AM**<br><br>JUDGE: THOMAS P. AGRESTI<br><br>Related to Document No. 77 |

## ORDER

AND NOW, this ___30th___ day of ___August___, 2018, upon the motion of Quicken Loans Inc. (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  208 PARK AVE, APT 2, CONNEAUT, OH 44030-1543.

BY THE COURT:

_____ jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10904-TPA
Robert J. Rich                                                      Chapter 13
Debra A. Rich
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: culy         Page 1 of 1        Date Rcvd: Aug 30, 2018
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db/jdb      #+Robert J. Rich,   Debra A. Rich,   10705 Route 18,   Albion, PA 16401-8421
cr           +Quicken Loans Inc.,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
               Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
      Christopher M. McMonagle    on behalf of Creditor    Quicken Loans Inc.
       cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
      James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com,
       PitEcf@weltman.com
      Lawrence W. Willis    on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com
      Lawrence W. Willis    on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 7