**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10904-TPA |
| | : | |
| Robert J. Rich and | : | Chapter 13 |
| Debra A. Rich, | : | |
|       **Debtors** | : | |
| _____ | : | |
| Robert J. Rich and | : | |
| Debra A. Rich, | : | Related to Document No. 83 |
|       **Movants** | : | |
| | : | Hearing Date & Time: |
|     **vs.** | : | November 14, 2018 at 10 :00 AM |
| | : | |
| Toyota Motor Credit Corporation, | : | |
| | : | |
|       **Respondent** | : | |
| | : | |
|     **and** | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Trustee), | : | |
|       **Additional** | : | |
|       **Respondent** | : | |
| _____ | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## OBJECTION TO PROOF OF CLAIM NUMBER 4
## FILED BY TOYOTA MOTOR CREDIT CORPORATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **November 5, 2018**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **November 14, 2018 at 10:00 a.m.** before Judge Agresti in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: October 3, 2018

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates

20l 2 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

Case 17-10904-TPA    Doc 84    Filed 10/03/18    Entered 10/03/18 05:50:29    Desc Main
Document      Page 2 of 2