**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/15/2018

IN RE:

ROBERT J RICH
DEBRA A RICH
10705 ROUTE 18
ALBION, PA  16401
XXX-XX-4287            Debtor(s)

XXX-XX-4365

Case No.17-10904 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/15/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5014 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA  18976 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  QUICKEN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  RS/OE*52861.11/CL*SURR/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4644 |
| **FAY HEANEY**<br>152 PLEASANT VALLEY DR<br>DAYTONA BEACH, FL  32114 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RENT OT OWN/SCH*SURR/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **HARBORVIEW OWNERS ASSOCIATION**<br>PO BOX 102<br>CONNEAUT, OH  44030 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*NO$~HOME OWNERS FEES/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*CL=53108.43 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4365 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:15<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*CL=32120.40 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4365 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*41885.33/CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4287 |
| **QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*92294.44/CL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0221 |
| **TOYOTA MOTOR CREDIT CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*DK*AMD TO $0 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8632 |

| Creditor | Claim Info | Description |
|---|---|---|
| **AMERICAN EXPRESS**<br>P O BOX 53779<br><br>PHOENIX, AZ 85072 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7873 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,919.54<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9207 |
| **BANK OF AMERICA NA***<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2699 |
| **BANK OF AMERICA NA***<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 6,679.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1162 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 11,191.68<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1517 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3790 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,164.65<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5478 |
| **MOHELA O/B/O DEPT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 105347<br>ATLANTA, GA 30348-5347 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: 0002/SCH*25@LTCD/PL*25X(60+2)=LMT | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 4287 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 14,211.17<br>COMMENT: 0401/SCH*WNTS 10.90% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4365 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 14,189.56<br>COMMENT: 0009/SCH*WNTS 10.90% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4287 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0401 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 14,461.18<br>COMMENT: 0204/SCH*WNTS 9.9% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4365 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 8,579.15<br>COMMENT: 0009/SCH*WNTS 9.90% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4287 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 4,111.02<br>COMMENT: SYNCHRONY/LOWE'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6027 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 5,368.26<br>COMMENT: SYNCHRONY/SAM'S CLUB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5014 |
| **US DEPARTMENT OF EDUCATION\*\***<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX  75403-5609 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2872 |
| **USAA SAVINGS BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 6,774.09<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4807 |
| **VILAS AT SPANISH OAKS**<br>3150 NE 36TH AVE 331<br>OCALA, FL  34479 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VOLVO CAR FINANCE NA**<br>POB 553179<br>DETROIT, MI  48255-3179 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2504 |
| **VW CREDIT INC**<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE, IL  60048 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8840 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **DELL FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT<br>PO BOX 81577<br>AUSTIN, TX 78708 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~WEBBANK~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8308 |
| **DELL FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT<br>PO BOX 81577<br>AUSTIN, TX 78708 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~WEBBANK~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1030 |
| **WFFNB RETAIL**<br>C/O COMENITY BANK<br>POB 182025<br>COLUMBUS, OH 43218 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1738 |
| **WORLDS FOREMOST BANK**<br>POB 82609<br>LINCOLN, NE 68501-2609 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6176 |
| **QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: RS/OE*1382/PL*CL=0*THRU 8/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0221 |
| **TOYOTA MOTOR CREDIT CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 16,332.16<br>COMMENT: SURR*DEFICIENCY CL*AMD*W/10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8632 |