Case 17-10904-TPA    Doc 87    Filed 10/25/18    Entered 10/25/18 16:24:11    Desc Main
Document    Page 1 of 1

FILED
10/25/18 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10904-TPA |
| Robert J. Rich | : | Chapter: 13 |
| Debra A. Rich | : | |
| *Debtor(s).* | : | Date: 10/24/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #60 Status Conf. on Amended Plan and Request to Surrender Collateral

**APPEARANCES:**
Debtor: Lawrence W. Willis
Trustee: Jana Pail

**NOTES:**

Pail: 36 month plan term. $2825 is payment. (11:06 trustee's TFS Program). Background of matters given. 100% plan. Plan is on track as proposed. $2200 to unsecured pool.

Willis: Filed an objection to Toyota (deficiency) claim.

**OUTCOME:** Everything is proceeding as planned. No further order needed.

jlm