**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10904-TPA |
| | : | |
| **Robert J. Rich and** | : | Chapter 13 |
| **Debra A. Rich,** | : | |
|     **Debtors** | : | |
| _____ | : | |
| **Robert J. Rich and** | : | |
| **Debra A. Rich,** | : | Related to Document No. 83 |
|     **Movants** | : | |
| | : | Hearing Date & Time: |
| vs. | : | November 14, 2018 at 10 :00 AM |
| | : | |
| **Toyota Motor Credit Corporation,** | : | |
| | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Trustee),** | : | |
|     Additional | : | |
|     Respondent | : | |
| _____ | : | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PROOF OF CLAIM NUMBER 4 FILED BY TOYOTA MOTOR CREDIT CORPORATION FILED AT DOCKET NO. 83

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on October 3, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 5, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 6, 2018

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors