FILED
11/6/18 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-10904-TPA |
| | : | |
| Robert J. Rich and | : | Chapter 13 |
| Debra A. Rich, | : | |
|     Debtors | : | |
| | : | |
| Robert J. Rich and | : | |
| Debra A. Rich, | : | Related to Document No. 83 |
|     Movants | : | |
| | : | Hearing Date & Time: |
| vs. | : | November 14, 2018 at 10 :00 AM |
| | : | |
| Toyota Motor Credit Corporation, | : | |
| | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Trustee), | : | |
|     Additional | : | |
|     Respondent | : | |

## ORDER

AND NOW, this __6th__ day of __November__, 2018, upon consideration of the Objection to Proof of Claim Number 4 filed by Toyota Motor Credit Corporation as Untimely, it is hereby ORDERED and DECREED as follows:

1. The amended claim of Toyota Motor Credit Corporation is an untimely filed claim.

2. The amended claim of Toyota Motor Credit Corporation is disallowed.

3. The original claim of Toyota Motor Credit Corporation is Satisfied.

BY THE COURT:

_____
Thomas P. Agresti, Judge     jlm
United States Bankruptcy Court

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 17-10904-TPA
Robert J. Rich                                                          Chapter 13
Debra A. Rich
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                   Page 1 of 1                  Date Rcvd: Nov 06, 2018
                               Form ID: pdf900              Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db/jdb         #+Robert J. Rich,    Debra A. Rich,    10705 Route 18,    Albion, PA 16401-8421
14921473        Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Lawrence W. Willis    on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```