Certificate Number: 05781-PAW-DE-034742245

Bankruptcy Case Number: 17-10904



05781-PAW-DE-034742245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2020, at 10:27 o'clock AM PDT, Robert Rich completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 5, 2020               By:     /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:  President