**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT J RICH
DEBRA A RICH
       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
     vs.
No Respondents.

Case No.:17-10904 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 28, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 08/28/2017  and confirmed on 4/6/17 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,654.57 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 102,654.57 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,201.00 | |
|    Trustee Fee | 4,853.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,054.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0221 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0221 | | | | |
|   FAY HEANEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARBORVIEW OWNERS ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4644 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4365 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4365 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4287 | | | | |
|   TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8632 | | | | |
|     ***N O N E *** | | | | |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT J RICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,201.00 | 3,201.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2-18 | | | | |
|     ***N O N E *** | | | | |
| **Unsecured** | | | | |
|   MOHELA O/B/O DEPARTMENT OF EDUCA | 0.00 | 950.00 | 0.00 | 950.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4287 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7873 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,919.54 | 2,919.54 | 0.00 | 2,919.54 |
| Acct: 9207 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2699 | | | | |
|   BANK OF AMERICA NA** | 6,679.50 | 6,679.50 | 0.00 | 6,679.50 |
| Acct: 1162 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 11,191.68 | 11,191.68 | 0.00 | 11,191.68 |
| Acct: 1517 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3790 | | | | |
|   DISCOVER BANK(*) | 1,164.65 | 1,164.65 | 0.00 | 1,164.65 |
| Acct: 5478 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 14,211.17 | 14,211.17 | 0.00 | 14,211.17 |
| Acct: 4365 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 14,189.56 | 14,189.56 | 0.00 | 14,189.56 |
| Acct: 4287 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0401 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 14,461.18 | 14,461.18 | 0.00 | 14,461.18 |
| Acct: 4365 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 8,579.15 | 8,579.15 | 0.00 | 8,579.15 |
| Acct: 4287 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F| 4,111.02 | 4,111.02 | 0.00 | 4,111.02 |
| Acct: 6027 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F| 5,368.26 | 5,368.26 | 0.00 | 5,368.26 |
| Acct: 5014 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2872 | | | | |
|   USAA SAVINGS BANK | 6,774.09 | 6,774.09 | 0.00 | 6,774.09 |
| Acct: 4807 | | | | |
|   VILAS AT SPANISH OAKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   VOLVO CAR FINANCE NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2504 | | | | |
|   VW CREDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8840 | | | | |
|   DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8308 | | | | |
|   DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1030 | | | | |
|   WFFNB RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1738 | | | | |
|   WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6176 | | | | |
|   TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8632 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5014 | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 90,599.80 |

TOTAL PAID TO CREDITORS                                                                        90,599.80

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 89,649.80 |

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　ROBERT J RICH<br>　DEBRA A RICH<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:17-10904 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____
                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Rich  
Debra A. Rich  
    Debtor(s)

Case No. 17-10904-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 6  
Date Rcvd: Sep 30, 2020     Form ID: pdf900     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. Rich, Debra A. Rich, 15999 SE 89th Terrace, Summerfield, fl 34491-5634 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14683570 | + | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683573 | + | Aes/national City Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683575 | + | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 14683578 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14683581 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14757450 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14683580 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14683592 | + | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14683593 | + | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14683595 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 14683599 | + | Edmanage, Po Box 91388, Raleigh, NC 27675-1388 |
| 14698334 | + | Fay Heaney, 152 Plesant Valley Drive, Daytona Beach, FL 32114-1191 |
| 14698335 | + | Harborview Owners Associattion, PO Box 102, Conneaut, OH 44030-0102 |
| 14683601 | + | Mohela/dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14683702 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14683703 | + | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14683713 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14683714 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14921473 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14716033 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14685024 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14683718 | + | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14683719 | + | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14683723 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14698345 | + | VIlas At Spanish Oaks, 3150 NE 36th Avenue, #331, Ocala, FL 34479-3178 |
| 14683724 | #+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14683726 | | Volvocarrtl, Volvo Car Financial Services, Mobile, AL 36691 |
| 14683731 | | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14683577 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2020 03:15:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14683583 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2020 03:31:28 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14700644 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 17-10904-TPA    Doc 101    Filed 10/02/20    Entered 10/03/20 02:01:26    Desc
Imaged Certificate of Notice    Page 7 of 11

| District/off: 0315-1 | User: jmar | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 01 2020 03:15:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14683584 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2020 03:34:43 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14683586 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 01 2020 03:31:36 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683590 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 01 2020 03:17:00 | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14683596 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 01 2020 03:15:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14683597 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2020 03:31:30 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14689259 | | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14683598 | + | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14683589 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2020 03:34:42 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14683602 | + | Email/Text: bankruptcynotices@psecu.com | Oct 01 2020 03:17:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14729390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2020 03:34:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684466 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2020 03:31:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754187 | + | Email/Text: bankruptcynotices@psecu.com | Oct 01 2020 03:17:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14683645 | + | Email/Text: bankruptcynotices@psecu.com | Oct 01 2020 03:17:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14765319 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2020 03:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14683699 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2020 03:17:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14767690 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2020 03:17:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14683706 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:31:23 | Syncb/dks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14683707 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:31:23 | Syncb/home Shopping, Po Box 965005, Orlando, FL 32896-5005 |
| 14683708 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:31:23 | Syncb/jewelry Accents, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14683709 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:33:02 | Syncb/lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 14683710 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:31:23 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14683712 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2020 03:31:23 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14770056 | + | Email/Text: bncmail@w-legal.com | Oct 01 2020 03:16:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14683728 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 01 2020 03:16:00 | Vw Credit Inc, 2333 Waukegan Rd, Deerfield, IL |

| District/off: 0315-1 | User: jmar | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14683729 | | + Email/PDF: DellBKNotifications@resurgent.com | | 60015-5508 |
| | | | Oct 01 2020 03:31:34 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14683732 | | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Oct 01 2020 03:33:07 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Toyota Motor Credit Corporation |
| 14683569 | | Abn Amro Mortgage Grou |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14683572 | *+ | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683571 | *+ | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683574 | *+ | Aes/national City Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683576 | *+ | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 14683579 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14698327 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14683582 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14698329 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14698328 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14683585 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14698330 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14683587 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683588 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683591 | *+ | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14683594 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14698332 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14698333 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14683600 | *+ | Edmanage, Po Box 91388, Raleigh, NC 27675-1388 |
| 14698331 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14698336 | *+ | Mohela/dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14683603 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683604 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683605 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683606 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683607 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683608 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683609 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683610 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683611 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683612 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683613 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683614 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683615 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683616 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683617 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683618 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683619 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683620 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683621 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683622 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683623 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 4 of 6 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 59 |

```
14683624     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683625     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683626     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683627     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683628     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683629     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683630     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683631     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683632     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683633     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683634     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683635     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683636     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683637     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683638     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683639     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683640     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683641     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683642     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683643     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683644     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14698337     *+     P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683646     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683647     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683648     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683649     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683650     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683651     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683652     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683653     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683654     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683655     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683656     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683657     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683658     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683659     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683660     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683661     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683662     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683663     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683664     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683665     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683666     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683667     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683668     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683669     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683670     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683671     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683672     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683673     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683674     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683675     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683676     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683677     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683678     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683679     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683680     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683681     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683682     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683683     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683684     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683685     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
14683686     *+     Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990
```

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 5 of 6 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 59 |

| | | |
|---|---|---|
| 14683687 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683688 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683689 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683690 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683691 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683692 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683693 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683694 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683695 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683696 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683697 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683698 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14698338 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683700 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14683701 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14698339 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14683704 | *+ | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14683705 | *+ | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14683711 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14698340 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14698341 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14683715 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683716 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683717 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14698342 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683720 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14683721 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14683722 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14698343 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14698344 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14683725 | *+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14698346 | *+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14683727 | * | Volvocarrtl, Volvo Car Financial Services, Mobile, AL 36691 |
| 14698347 | *+ | Vw Credit Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 14683730 | *+ | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14698348 | *+ | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14698349 | * | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |
| 14683733 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14683734 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14698350 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |
| jdb | *+ | Debra A. Rich, 15999 SE 89th Terrace, Summerfield, FL 34491-5634 |

TOTAL: 3 Undeliverable, 146 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: jmar | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 59 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| James P. Valecko | on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Lawrence W. Willis | on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7