| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert J. Rich** | Social Security number or ITIN **xxx–xx–4287** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Debra A. Rich** | Social Security number or ITIN **xxx–xx–4365** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **17–10904–TPA** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Rich                                        Debra A. Rich

<u>11/24/20</u>                                        **By the court:**    <u>Thomas P. Agresti</u>
                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 17-10904-TPA

Robert J. Rich                                                          Chapter 13

Debra A. Rich

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                         User: culy                                     Page 1 of 6

Date Rcvd: Nov 24, 2020                Form ID: 3180W                          Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. Rich, Debra A. Rich, 15999 SE 89th Terrace, Summerfield, fl 34491-5634 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14683570 | + | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683573 | + | Aes/national City Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683575 | + | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 14757450 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14683595 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 14683599 | + | Edmanage, Po Box 91388, Raleigh, NC 27675-1388 |
| 14698334 | + | Fay Heaney, 152 Plesant Valley Drive, Daytona Beach, FL 32114-1191 |
| 14698335 | + | Harborview Owners Associattion, PO Box 102, Conneaut, OH 44430-0102 |
| 14683601 | + | Mohela/dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14683703 | + | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14716033 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14685024 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14683718 | + | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14683719 | + | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14698345 | + | VIIas At Spanish Oaks, 3150 NE 36th Avenue, #331, Ocala, FL 34479-3178 |
| 14683724 | #+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14683726 | | Volvocarrtl, Volvo Car Financial Services, Mobile, AL 36691 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14683577 | + | EDI: GMACFS.COM | Nov 25 2020 05:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14683578 | + | EDI: AMEREXPR.COM | Nov 25 2020 05:38:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14683581 | | EDI: BANKAMER.COM | Nov 25 2020 05:38:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14683580 | + | EDI: TSYS2.COM | Nov 25 2020 05:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14683583 | | EDI: CAPITALONE.COM | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 25 2020 05:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14700644 |  Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 25 2020 03:11:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14683584 | + EDI: CAPITALONE.COM | Nov 25 2020 05:38:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14683586 | + EDI: CAPONEAUTO.COM | Nov 25 2020 05:38:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683590 | + Email/Text: bankruptcycollections@citadelbanking.com | Nov 25 2020 03:12:00 | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14683592 | + EDI: CITICORP.COM | Nov 25 2020 05:38:00 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14683593 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 25 2020 03:11:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14683596 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 25 2020 03:11:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14683597 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2020 02:11:27 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14689259 |  EDI: DISCOVER.COM | Nov 25 2020 05:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14683598 | + EDI: DISCOVER.COM | Nov 25 2020 05:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14683589 |  EDI: JPMORGANCHASE | Nov 25 2020 05:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14683602 | + Email/Text: bankruptcynotices@psecu.com | Nov 25 2020 03:12:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14729390 |  EDI: PRA.COM | Nov 25 2020 05:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14684466 | + EDI: PRA.COM | Nov 25 2020 05:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754187 | + Email/Text: bankruptcynotices@psecu.com | Nov 25 2020 03:12:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14683645 | + Email/Text: bankruptcynotices@psecu.com | Nov 25 2020 03:12:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14765319 |  EDI: Q3G.COM | Nov 25 2020 05:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14683699 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 25 2020 03:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14767690 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 25 2020 03:12:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14683702 | + EDI: DRIV.COM | Nov 25 2020 05:38:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14683706 | + EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/dks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14683707 | + EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/home Shopping, Po Box 965005, Orlando, FL 32896-5005 |
| 14683708 | + EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/jewelry Accents, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14683709 | + EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |

| 14683710 | + | EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|---|
| 14683712 | + | EDI: RMSC.COM | Nov 25 2020 05:38:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14683713 | + | EDI: CITICORP.COM | Nov 25 2020 05:38:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14683714 | + | EDI: TFSR.COM | Nov 25 2020 05:38:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14921473 | | EDI: BL-TOYOTA.COM | Nov 25 2020 05:38:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14770056 | + | Email/Text: bncmail@w-legal.com | Nov 25 2020 03:12:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14683723 | | EDI: USAA.COM | Nov 25 2020 05:38:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14683728 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 25 2020 03:12:00 | Vw Credit Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 14683729 | + | Email/PDF: DellBKNotifications@resurgent.com | Nov 25 2020 02:12:55 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14683731 | | EDI: WFFC.COM | Nov 25 2020 05:38:00 | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |
| 14683732 | + | EDI: CAPITALONE.COM | Nov 25 2020 05:38:00 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Toyota Motor Credit Corporation |
| 14683569 | | Abn Amro Mortgage Grou |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14683571 | *+ | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683572 | *+ | Aes/citizens Natl Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683574 | *+ | Aes/national City Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14683576 | *+ | Aes/phea, Pob 61047, Harrisburg, PA 17106-1047 |
| 14683579 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14698327 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14683582 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14698329 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14698328 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14683585 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14698330 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14683587 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683588 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14683591 | *+ | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14683594 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14698332 | *+ | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14698333 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14683600 | *+ | Edmanage, Po Box 91388, Raleigh, NC 27675-1388 |
| 14698331 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |

| 14698336 | *+ | Mohela/dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14683603 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683604 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683605 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683606 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683607 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683608 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683609 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683610 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683611 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683612 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683613 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683614 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683615 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683616 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683617 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683618 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683619 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683620 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683621 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683622 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683623 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683624 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683625 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683626 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683627 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683628 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683629 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683630 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683631 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683632 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683633 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683634 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683635 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683636 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683637 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683638 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683639 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683640 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683641 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683642 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683643 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683644 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14698337 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683646 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683647 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683648 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683649 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683650 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683651 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683652 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683653 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683654 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683655 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683656 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683657 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683658 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683659 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683660 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683661 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683662 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683663 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683664 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |

District/off: 0315-1                              User: culy                                    Page 5 of 6
Date Rcvd: Nov 24, 2020                        Form ID: 3180W                          Total Noticed: 61

| 14683665 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683666 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683667 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683668 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683669 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683670 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683671 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683672 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683673 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683674 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683675 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683676 | *+ | Usaa Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683677 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683678 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683679 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683680 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683681 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683682 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683683 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683684 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683685 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683686 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683687 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683688 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683689 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683690 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683691 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683692 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683693 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683694 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683695 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683696 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683697 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683698 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14698338 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14683700 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14683701 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14698339 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14683704 | *+ | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14683705 | *+ | Slc Conduit I Llc, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14683711 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14698340 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14698341 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14683715 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683716 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683717 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14698342 | *+ | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14683720 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14683721 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14683722 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14698343 | *+ | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14698344 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14683725 | *+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14698346 | *+ | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |
| 14683727 | * | Volvocarrtl, Volvo Car Financial Services, Mobile, AL 36691 |
| 14698347 | *+ | Vw Credit Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 14683730 | *+ | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14698348 | *+ | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 14698349 | * | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |
| 14683733 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14683734 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14698350 | *+ | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

District/off: 0315-1                                         User: culy                                          Page 6 of 6
Date Rcvd: Nov 24, 2020                          Form ID: 3180W                                     Total Noticed: 61
TOTAL: 3 Undeliverable, 145 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| James P. Valecko | |
| | on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Debra A. Rich ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Robert J. Rich ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 7